UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN MADERO,

        Plaintiff,

   v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,

        Defendants.

Case No. 14-cv-02658-MEJ

**ORDER RE: IFP APPLICATION**

Re: Dkt. No. 4

On June 9, 2014, Plaintiff Juan Madero filed an Application to Proceed In Forma Pauperis. Dkt. No. 4. Upon review of Plaintiff's application, the Court is unable to grant or deny the request as it is incomplete. Accordingly, the Court ORDERS Plaintiff to file a declaration providing the following additional information:

1) As he is not presently employed, Plaintiff must provide the date of last employment and the amount of the gross and net salary and wages per month he received.

2) Plaintiff states that he has received money from business, profession, or self employment in the past 12 months. Plaintiff must describe each source of money and state the amount received from each.

3) Plaintiff states that he contributes $500.00 to his spouse's support. Plaintiff must state the source of this $500.00.

4) Plaintiff lists monthly expenses totaling $1,125.00. Plaintiff must state the source of income used to cover these expenses. If greater than $1,125.00, Plaintiff must state the total income from this source.

Plaintiff shall file his declaration by July 2, 2014.

**IT IS SO ORDERED.**

Dated: June 24, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge