UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MADERO,<br><br>    Plaintiff,<br><br>    v.<br><br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br><br>    Defendants. | Case No. 14-cv-02658-MEJ<br><br>**ORDER TO SHOW CAUSE** |

On June 9, 2014, Plaintiff Juan Madero filed the above-captioned complaint, as well as an application to proceed in forma pauperis. Since that time, Plaintiff has made no further appearances in this case, despite two Clerk's notices and a Court order requiring Plaintiff's response. On June 18, the Clerk of Court directed Plaintiff to either consent to or decline magistrate jurisdiction by June 25, 2014. Dkt. No. 7. Because Plaintiff failed to comply with this deadline, the Clerk again directed Plaintiff to consent or decline, with a new deadline of July 2, 2014. Dkt. No. 9. On June 24, the Court ordered Plaintiff to file a declaration providing additional information in support of his in forma pauperis application. Dkt. No. 8. Plaintiff failed to respond to these as well.

Based on this inaction, the Court hereby ORDERS Plaintiff Juan Madero to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by July 17, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on July 31, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. Notice is hereby provided to Plaintiff that the Court may dismiss the case without a hearing if a

1  responsive declaration is not filed.  Thus, it is imperative that Plaintiff file a written response by
2  the deadline above.
3  **IT IS SO ORDERED.**

5  Dated: July 7, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2