United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUAN MADERO,<br>　　　　Plaintiff,<br>　　v.<br>FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,<br>　　　　Defendants. | Case No. 14-cv-02658-MEJ<br><br>**SECOND ORDER TO SHOW CAUSE** |

On June 9, 2014, Plaintiff Juan Madero filed the above-captioned complaint, as well as an application to proceed in forma pauperis. On June 18, the Clerk of Court directed Plaintiff to either consent to or decline magistrate judge jurisdiction by June 25, 2014. Dkt. No. 7. Because Plaintiff failed to comply with this deadline, the Clerk again directed Plaintiff to consent or decline, with a new deadline of July 2, 2014. Dkt. No. 9. On June 24, the Court ordered Plaintiff to file a declaration providing information in support of his in forma pauperis application. Dkt. No. 8. Plaintiff failed to comply with these deadlines.

Based on this inaction, the Court ordered Plaintiff Juan Madero to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 10. The Court ordered Plaintiff to file a declaration by July 17, 2014, and warned him that the Court may dismiss the case without a hearing if a responsive declaration was not filed.

Since issuance of the two Clerk's notices and two orders from the Court, Plaintiff filed his consent to proceed before a magistrate judge on July 11 (9 days after the second deadline), but has not responded to either of the Court's orders. Accordingly, the Court ORDERS Plaintiff to e-file responses to the June 24 in forma pauperis order and July 7 order to show cause by July 24, 2014. No chambers copies are required.

<u>Plaintiff is hereby advised that this case shall be dismissed if he fails to e-file his responses by July 24, 2014.</u>

**IT IS SO ORDERED.**

Dated: July 21, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge

2