UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN MADERO,

    Plaintiff,

  v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,

    Defendants.

Case No. 14-cv-02658-MEJ

**ORDER TO SHOW CAUSE**

On August 20, 2014, Defendant Federal National Mortgage Association filed a Motion to Dismiss, with a noticed hearing date of September 25, 2014. Dkt. No. 18. However, Plaintiff Juan Madero failed to file an opposition pursuant to Civil Local Rule 7. Accordingly, the Court hereby VACATES the motion hearing and ORDERS Plaintiff Juan Madero to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Plaintiff shall file a declaration by September 17, 2014. If a responsive declaration is filed, the Court shall either issue an order based on the declaration or conduct a hearing on September 25, 2014 at 10:00 a.m. in Courtroom B, 15th Floor, 450 Golden Gate Avenue, San Francisco, California. <u>Notice is hereby given to Plaintiff that the Court may dismiss the case without a hearing if no responsive declaration is filed.</u> Thus, it is imperative that Plaintiff file a written response by the deadline above.

The September 11, 2014 Case Management Conference is also VACATED.

**IT IS SO ORDERED.**

Dated: September 4, 2014

_____
MARIA-ELENA JAMES
United States Magistrate Judge