UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

JUAN MADERO,

        Plaintiff,

    v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, et al.,

        Defendants.

Case No. 14-cv-02658-MEJ

**ORDER DISCHARGING ORDER TO SHOW CAUSE**

On September 4, 2014, the Court ordered Plaintiff Juan Madero to show cause why this case should not be dismissed for failure to prosecute and failure to comply with court deadlines. Dkt. No. 22. Plaintiff filed his response on September 17, 2014, stating that he intends to file an amended complaint by September 19. Dkt. No. 23. Based on Plaintiff's response, the Order to Show Cause is DISCHARGED and Defendant's Motion to Dismiss is DENIED WITHOUT PREJUDICE. Plaintiff shall file his amended complaint by September 19, 2014.

**IT IS SO ORDERED.**

Dated: September 18, 2014

_____

MARIA-ELENA JAMES
United States Magistrate Judge