**EDWARD R. RAMIREZ, JR. (SBN: 73655)**
**RAMIREZ & ASSOCIATES, LLP**
1910 Trade Zone Boulevard
San Juan, California 95131
Telephone (888)764-9278
Facsimile (888)742-2481

Attorney for Plaintiff
Juan Madero

*IT IS SO ORDERED*
*Judge Maria-Elena James*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

JUAN MADERO,

    Plaintiff,

v.

FEDERAL NATIONAL MORTGAGE ASSOCIATION, ET. AL.

    Defendants.

Case No.: 3:14-CV-02658-MEJ

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

**NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(i)**

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure Plaintiff, Juan Madero, by and through his counsel, hereby gives notice that the above captioned action is voluntarily dismissed, without prejudice, against Federal National Mortgage Association, Excel Realty and Mortgage, Inc. and all Doe Defendants.

Dated:  September 19, 2014        **RAMIREZ & ASSOCIATES, LLP**

                                                */s/ Edward R. Ramirez, Jr..*
                                                EDWARD R. RAMIREZ, JR.

- 1 -